IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS E. HART, | ) |
| AIS # 00210800, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:22-00209-JB-N |
| | ) |
| JOSEPH HEADLEY, *et al.*, | ) |
|     Respondents. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ADJUDGED** and **DECREED** that Petitioner Thomas Hart's action is **DISMISSED with prejudice** as untimely and time barred from consideration under the Anti-Terrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 ("AEDPA") and 28 U.S.C. § 2244(d) and that **JUDGMENT** is entered in favor of Respondents Joseph Headley, the Baldwin Circuit Court and State of Alabama and against Petitioner Thomas Hart.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 21st day of June, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE